*LAW OFFICE OF ANDREW D. BERESIN*
*210 Oakridge Commons – P.O. Box 820*
*South Salem, NY 10590*
*(914) 533-7054*
beresinlaw@optimum.net

---

*Of Counsel, the Samuel Law Firm*　　　　　*Admitted in New York, SDNY, EDNY, Second Circuit Court of Appeals*

**Application GRANTED. Defendant's time to answer is extended by 14 days to October 18, 2025.**

September 25, 2025

**The Clerk of Court is respectfully requested to terminate ECF 18.**

**(VIA ECF)**
The Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Dated: September 25, 2025**
**New York, NY**

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:　　*SEC v. Derek R. Taller*, Case No. 1:25-cv-03537-JHR-RFT

Dear Judge Tarnofsky:

I am counsel to the defendant, Derek R. Taller ("Defendant") in the above-referenced action and respectfully submit this motion with the consent of the plaintiff, United States Securities and Exchange Commission, pursuant to Rules 1.D. and 1.E. of Your Honor's Individual Practices in Civil Cases and Federal Rule of Civil Procedure 6(b), to extend Defendant's time to answer by and additional fourteen (14) days, from October 4, 2025 to October 18, 2025.

The present motion for extension of time is the second such request by Defendant and is necessitated by my attending to matters relating a recent death in my family which occurred yesterday.

Respectfully submitted,

Andrew D. Beresin

Cc: Todd Daniel Brody, Esq. (Via ECF)
　　Wesley W. Wintermyer, Esq. (Via ECF)
　　*Attorneys for Plaintiff*