UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                             Plaintiff,

              -v.-

DEREK R. TALLER,

                             Defendant.

25 Civ. 3537 (JHR) (RFT)

ORDER WITHDRAWING
REFERENCE TO
MAGISTRATE JUDGE

JENNIFER H. REARDEN, District Judge:

On June 13, 2025, the Court referred to Magistrate Judge Tarnofsky the Motion to Serve Defendant Derek R. Taller by Alternative Means, ECF No. 3. *See* ECF No. 7. The motion has been resolved, and the reference is hereby WITHDRAWN.

SO ORDERED.

Dated: January 7, 2026
      New York, New York

_____
      JENNIFER H. REARDEN
      United States District Judge