**LAW OFFICE OF ANDREW D. BERESIN**
*210 Oakridge Commons - #820*
*South Salem, New York 10590*
*beresinlaw@optimum.net*
*(914) 533-7054 (o); (203) 253-0643 (m)*

_____

*Admitted in New York, SDNY, EDNY, 2nd Circuit*

By **June 23, 2026**, Defendant's counsel shall file a letter (1) updating the Court on whether he is able to maintain consistent contact with Defendant, and (2) addressing the entry of an initial case management plan.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: June 16, 2026

June 15, 2026

**VIA ECF**
The Hon. Jennifer H. Rearden
United States District Court – Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *SEC v. Taller; Case No. 25-cv-3537-JHR*

Dear Judge Rearden:

The undersigned represents the defendant, Derek R. Taller, in the above-referenced action and respectfully submits this letter pursuant to Your Honor's Order dated May 14, 2026 (ECF 30).

On Thursday, June 11, 2026, I was able to speak with Dr. Taller by phone following repeated attempts to contact him via phone and email. I will endeavor to contact him again by phone and/or email over the course of the next several days in order to gain greater confidence that consistent, continuous contact can be maintained going forward.

Respectfully submitted,

Andrew D. Beresin
*Counsel for Derek R. Taller*

Cc:    Todd Daniel Brody, Esq. (Via ECF)
*Counsel for Plaintiff, Securities and Exchange Commission*