***LAW OFFICE OF ANDREW D. BERESIN***
***210 Oakridge Commons #820***
***South Salem, New York 10590***
***beresinlaw@optimum.net***
***(914) 533-7054 (o); (203) 253-0643 (m)***

*Admitted in New York, SDNY, EDNY, 2nd Circuit*

June 22, 2026

***VIA ECF***
The Hon. Jennifer H. Rearden
United States District Court – Southern District of New York
500 Pearl Street
New York, New York 10007

***Re: SEC v. Taller; Case No. 25-cv-3537-JHR***

Dear Judge Rearden:

The undersigned represents the defendant, Derek R. Taller, in the above-referenced action and respectfully submits this letter pursuant to Your Honor's Order dated June 16, 2026 (ECF 32).

During the past week I have been able to correspond with Dr. Taller via email. Regarding entry of an initial case management plan, it is respectfully submitted that efficiency may be served by counsel for both parties discussing that matter and then proceeding to promptly advise the Court.

Respectfully,

Andrew D. Beresin
*Counsel for Derek R. Taller*

Cc: Todd Daniel Brody, Esq. (Via ECF)
*Counsel for Plaintiff, Securities and Exchange Commission*