*LAW OFFICE OF ANDREW D. BERESIN*
*210 Oakridge Commons – P.O. Box 820*
*South Salem, NY 10590*
*(914) 533-7054*
beresinlaw@optimum.net

*Of Counsel, the Samuel Law Firm* *Admitted in New York, SDNY, EDNY, Second Circuit Court of Appeals*

August 28, 2026

***(VIA ECF)***
The Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *SEC v. Derek R. Taller, Case No. 1:25-cv-03537-JHR*

Dear Judge Rearden:

On behalf of defendant Derek R. Taller ("Dr. Taller"), this letter motion is respectfully submitted pursuant to Rule 2.E. of Your Honor's Individual Rules and Practices in Civil Cases, with the consent of the plaintiff, the United States Securities and Exchange Commission, to request a 90-day extension of all previously ordered deadlines in the above-referenced action. This is the first such request for extension and no currently scheduled appearances would be affected.

The reason for the present request is that the defendant, Derek R. Taller, is currently suffering from a serious eye condition involving a retinal tear, possible detachment, and secondary resistant infection. These conditions impair his ability to review and consult with me for purposes of complying with current discovery obligations, but we anticipate that the presently requested extension should be sufficient to allow such impairment to resolve.

We thank the Court for its attention to this matter.

Respectfully submitted,

Andrew D. Beresin
*Attorney for Defendant Derek R. Talle*

Cc: Todd Daniel Brody, Esq. (Via ECF)
Wesley W. Wintermyer, Esq. (Via ECF)
*Attorneys for Plaintiff Securities and Exchange Commission*